**Charles Francis RECOTTA, Petitioner—Appellant,**

v.

**Anthony LAMARQUE, Warden, Respondent—Appellee.**

No. 05–16983.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 5, 2007.\*

Filed June 13, 2007.

Maitreya Badami, Esq., San Francisco, CA, for Petitioner–Appellant.

Charles Francis Recotta, Ione, CA, pro se.

Gregory A. Ott, Esq., Office of the California Attorney General, Oakland, CA, for Respondent–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM \*\*

Charles Francis Recotta appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Recotta contends that his sentence violates the Eighth Amendment's prohibition against cruel and unusual punishment. We disagree. Although Recotta's sentence is harsh, the California court's decision rejecting this claim was neither contrary to, nor an unreasonable application of, clearly established Eighth Amendment law, as determined by the Supreme Court of the United States. *See* 28 U.S.C. § 2254(d)(1); *Lockyer v. Andrade,* 538

U.S. 63, 73–77, 123 S.Ct. 1166, 155 L.Ed.2d 144 (2003).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

